United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 14-30746-AJC
Silfreda Denis                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1            User: catalan            Page 1 of 1                Date Rcvd: Jan 07, 2015
                                Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2015.
db             +Silfreda Denis,    387 NE 191st Street #101,    Miami, FL 33179-5533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2015 at the address(es) listed below:
              Drew S Sheridan    on behalf of Creditor    Hillside Vista Apartments LLC dsheridaninbox@gmail.com
              Jeffrey M Hearne, Esq    on behalf of Debtor Silfreda  Denis jhearne@lsgmi.org, mcabrera@lsgmi.org
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4



**ORDERED in the Southern District of Florida on January 6, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                              CASE NO: 14-30746-BKC-AJC
SILFREDA DENIS
      Debtor(s)
_____/

**AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO TRUSTEE'S REQUEST FOR ENTRY OF ORDER DISMISSING CASE (ECF #40)**

THIS CASE came to be heard on December 16, 2014, for the Debtor's Objection to Trustee's Request for Entry of Order Dismissing Case [ECF #40], and based on the record, it is

ORDERED as follows:

1. The Debtor's Objection (ECF #40) is sustained.

2. The Clerk of Court shall issue a new notice of commencement and reset all dates.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

JEFFREY M. HEARNE, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.