United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 14-30746-AJC
Silfreda Denis                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1      User: catalan      Page 1 of 1      Date Rcvd: Jan 07, 2015
      Form ID: pdf008      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2015.
```
db            +Silfreda Denis,   387 NE 191st Street #101,   Miami, FL 33179-5533
smg            Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallhassee, FL 32314-6668
cr            +Hillside Vista Apartments LLC,   361 NE 191 ST,   Miami, FL 33179-5500
92564665     #+ARS Account Resolution S,   1801 NW 66th Ave.,   Ste. 200C,   Plantation, FL 33313-4571
92564666     +Central Financial Control,   1500 S Douglas Rd,   Anaheim CA 92806-6911
92564667     +Credit Management,   4200 International Pkwy.,   Carrollton, TX 75007-1912
92564669     +Credit Protection Association,   13355 Noel Rd.,   Ste. 2100,   Dallas, TX 75240-6837
92564670     +Enhanced Acquisition,   3840 E. Robinson Rd.,   Suite 353,   Amherst, NY 14228-2001
92564671     +First Federal Credit & Collection,   PO Box 813787,   Hollywood FL 33081-3787
92546677     +Hillside Vista Apartments,   c/o Lowenhaupt, Sawyers & Spinale,   7765 SW 87th Ave. #201,
               Miami, FL 33173-2586
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
92633454       E-mail/Text: bnc-quantum@quantum3group.com Jan 08 2015 01:19:21
               Quantum3 Group LLC as agent for,   CP Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
92753618      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 08 2015 01:19:49
               WESTLAKE FINANCIAL SERVICES,   4751 WILSHIRE BLVD,   SUITE 100,   LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2015 at the address(es) listed below:
```
              Drew S Sheridan    on behalf of Creditor    Hillside Vista Apartments LLC dsheridaninbox@gmail.com
              Jeffrey M Hearne, Esq    on behalf of Debtor Silfreda  Denis jhearne@lsgmi.org, mcabrera@lsgmi.org
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **1st** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Silfreda Denis**   JOINT DEBTOR: _____   CASE NO.: **14-30746**
Last Four Digits of SS# **xxx-xx-4101**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 6 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **$774.92** for months **1** to **5** ;
B. $ **$2,265.62** for months **6** to **n/a** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:
Administrative: Attorney's Fee - $ **0.00** TOTAL PAID $ **0.00**
Balance Due  $ **-NONE-** payable $ _____ /month (Months ___ to ___ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**  Arrearage on Petition Date $ _____
Address: _____  Arrears Payment $ _____ /month (Months _ to _ )
Account No: _____  Regular Payment $ _____ /month (Months _ to _ )

Administrative Unsecured Creditors:

Total Per Month **$704.47** (Months 1 to 5)
**Hillside Vista Apartments**  Arrearage  $ **$1,694.00**  Total per Month **$2,059.65** (Month 6)

c/o Lowenhaupt Sawyers &
Spinale, 7765 SW 87th Ave.     Regular
#201, Miami, FL 33173  Payable  $56.47 /month  (Months **1** to **5** )  Rent
Account # - Unit 101  $ $1,411.65 /month  (Month **6**)  Payment $ **$648.00**

Unsecured Creditors: Pay $ **0.00** /month (Months **0** to **0**)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Hillside Vista Apartments   Lease for residential tenancy in unit subsidized by HODAG

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Silfreda Denis_____
Silfreda Denis
Debtor

Date: **October 28, 2014**

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy