

**ORDERED in the Southern District of Florida on January 9, 2015.**

*A. Jay Cristol*

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                                    Case No. 14-30746 AJC
SILFREDA DENIS                                                 Chapter 13
          Debtor
_____/

### ORDER GRANTING HILLSIDE VISTA'S MOTION FOR RELIEF FROM STAY FOR EVICTION PROCEEDINGS

**THIS CASE** came before the Court for hearing on January 8, 2015 on the Motion for Relief from Stay filed by Hillside Vista Apartments LLC. (DE-23). The Court, having heard testimony from the parties and argument of counsel, and having considered the evidence and matter presented, finds:

    1.    That Hillside Vista Apartments, LLC ("the Landlord") is a lessor of residential real property to the Debtor, located at 387 NE 191st Street #101 Miami, FL 33179 pursuant to a written Lease Agreement, which expired on May 31, 2014, but the debtor has remained in possession of the premises. The Debtor's month to month holdover tenancy was terminated by the Landlord on June 5, 2014.

    2.    That the Landlord filed for eviction and obtained a final judgment for removal of tenant on September 9, 2014 in the Miami-Dade County Court, Case Number 14-10290. A Writ of Possession was thereafter issued.

    3.    The Debtor has deposited $650.00 with the Clerk of the Bankruptcy Court receipt number 22409940 on September 16, 2014.

Wherefore, it is **ORDERED** as follows:

1.  Hillside Vista Apartments LLC's Motion for Relief from Stay is Granted.

2.  The automatic stay imposed by 11 U.S.C. §362 is lifted as to Hillside Vista Apartments, LLC to continue its action for eviction and possession of its real property and premises located at 387 NE 191st Street #101 Miami, FL 33179, to be effective on February 1, 2015.

3.  The Relief granted permits Hillside Vista to pursue only in rem action for possession of the rental property and not an in personam judgment against the Debtor.

4.  The Clerk of the Bankruptcy Court shall disburse to Hillside Vista Apartments LLC. c/o Drew S. Sheridan Esq. Attorney for Landlord 7765 SW 87th Avenue, Suite 102 Miami, Florida 33173 the rent deposited by the Debtor in the amount of $650.00, receipt number 22409940 as required by 11 U.S.C. §362(l)(5)(D).

**###**

**Submitted by:**
DREW S. SHERIDAN, P.A.
7765 S.W. 87th Avenue, Suite 102
Miami, Florida 33173
Tel. (305) 596-3368
Fax (305) 596-3355
drewsheridan@drewsheridanpa.com

**Copies furnished to:**
Attorney Drew Sheridan Esq. is directed to mail a conformed copy of
this order to all interested parties below immediately upon receipt of this order and
to file a certificate of service with the clerk of the Bankruptcy Court:

Trustee:
Nancy Neidich Esq.

Attorney for Debtor
Jeffrey Hearne, Esq.
Debtor
Silfreda Denis
387 NE 191st Street #101
Miami, FL 33179