UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:  Case No. 14-30746 AJC
SILFREDA DENIS
                                                  Chapter 13
            Debtor
_____/

CERTIFICATE OF SERVICE
OF ORDER GRANTING MOTION FOR RELIEF FROM STAY (DE-63)

I hereby certify that a true copy of the Order Granting Motion for Relief from Stay (DE-63) was served on all parties listed below via U.S. Regular Mail on January 12, 2015 or by ECF as may be indicated to:

Trustee
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 SW 1st Avenue, Suite 1204
Miami, Florida 33130
ECF to
USTPRegion21MM.ECF@usdoj.gov

Debtor
SILFREDA DENIS
387 NE 191st Street #101
Miami, FL 33179

Attorney for Debtor
**Jeffrey M Hearne, Esq**
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd. # 500
Miami, FL 33137
jhearne@lsgmi.org

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 910(A).

s/ *Drew S. Sheridan*
_____
DREW S. SHERIDAN, PA
Attorney for Movant.
Fla Bar No. 240631
7765 SW 87th Avenue Suite 102
Miami, FL 33173
Tel. (305) 596-3368
Fax (305) 596-3355
primary: dsheridaninbox@gmail.com
correspondence: drewsheridan@drewsheridanpa.com