United States Bankruptcy Court
Southern District of Florida

In re:  
Silfreda Denis  
       Debtor

Case No. 14-30746-AJC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: catalan        Page 1 of 1        Date Rcvd: Jan 12, 2015  
                       Form ID: pdf004    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2015.  
db           +Silfreda Denis,   387 NE 191st Street #101,   Miami, FL 33179-5533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2015                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2015 at the address(es) listed below:  
              Drew S Sheridan    on behalf of Creditor    Hillside Vista Apartments LLC dsheridaninbox@gmail.com  
              Jeffrey M Hearne, Esq    on behalf of Debtor Silfreda  Denis jhearne@lsgmi.org,  mcabrera@lsgmi.org  
              Nancy K. Neidich     e2c8f01@ch13herkert.com  
              Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov  
                                                                                                                           TOTAL: 4



**ORDERED in the Southern District of Florida on January 9, 2015.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                              Case No. 14-30746 AJC
SILFREDA DENIS                              Chapter 13
            Debtor
_____/

### ORDER GRANTING HILLSIDE VISTA'S MOTION FOR RELIEF FROM STAY FOR EVICTION PROCEEDINGS

**THIS CASE** came before the Court for hearing on January 8, 2015 on the Motion for Relief from Stay filed by Hillside Vista Apartments LLC. (DE-23). The Court, having heard testimony from the parties and argument of counsel, and having considered the evidence and matter presented, finds:

1. That Hillside Vista Apartments, LLC ("the Landlord") is a lessor of residential real property to the Debtor, located at 387 NE 191st Street #101 Miami, FL 33179 pursuant to a written Lease Agreement, which expired on May 31, 2014, but the debtor has remained in possession of the premises. The Debtor's month to month holdover tenancy was terminated by the Landlord on June 5, 2014.

2. That the Landlord filed for eviction and obtained a final judgment for removal of tenant on September 9, 2014 in the Miami-Dade County Court, Case Number 14-10290. A Writ of Possession was thereafter issued.

3. The Debtor has deposited $650.00 with the Clerk of the Bankruptcy Court receipt number 22409940 on September 16, 2014.

Wherefore, it is **ORDERED** as follows:

1. Hillside Vista Apartments LLC's Motion for Relief from Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Hillside Vista Apartments, LLC to continue its action for eviction and possession of its real property and premises located at 387 NE 191st Street #101 Miami, FL 33179, to be effective on February 1, 2015.

3. The Relief granted permits Hillside Vista to pursue only <u>in rem</u> action for possession of the rental property and not an <u>in personam</u> judgment against the Debtor.

4. The Clerk of the Bankruptcy Court shall disburse to Hillside Vista Apartments LLC. c/o Drew S. Sheridan Esq. Attorney for Landlord 7765 SW 87th Avenue, Suite 102 Miami, Florida 33173 the rent deposited by the Debtor in the amount of $650.00, receipt number 22409940 as required by 11 U.S.C. §362(l)(5)(D).

**###**

**Submitted by:**
DREW S. SHERIDAN, P.A.
7765 S.W. 87th Avenue, Suite 102
Miami, Florida 33173
Tel. (305) 596-3368
Fax (305) 596-3355
drewsheridan@drewsheridanpa.com


**Copies furnished to:**
Attorney Drew Sheridan Esq. is directed to mail a conformed copy of
this order to all interested parties below immediately upon receipt of this order and
to file a certificate of service with the clerk of the Bankruptcy Court:

<u>Trustee</u>:
Nancy Neidich Esq.

<u>Attorney for Debtor</u>
Jeffrey Hearne, Esq.
<u>Debtor</u>
Silfreda Denis
387 NE 191st Street #101
Miami, FL 33179