

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Case No.14-~~30476~~ 30746-BKC-AJC
Chapter

Silfreda Denis

_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff    [ ] Defendant    [ ] Debtor    [ ] Other _Debtor_

Date of Hearing/Trial: _January 8, 2015_

Type of Hearing/Trial: _Evidentiary Htg Re: Motion for Stay Relief DG #23_

SUBMITTED BY: _Debtor   Jeffrey Hearne, Esq_
_3000 Biscayne Blvd #500_
_Miami Fla 33137_

(Tel.) _____

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | Affidavit | ✓ | | |
| C | Addendum to Lease Agreement | ✓ | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: THE PETITION OF:                   CHAPTER SEVEN
                                          CASE NO.:14-30746-AJC
Silfreda Denis

          Debtor(s)
_____/
                    **AFFIDAVIT IN SUPPORT OF**
                    **MOTION FOR RELIEF FROM STAY**
State of Florida            )
                            )ss:
County of Miami Dade        )

BEFORE ME, the undersigned authority on this 24 day of September 2014 personally appeared Soannys Cuevas, who upon oath and upon penalty of perjury, deposes on personal knowledge and says:

1. This Affidavit is submitted in support of the Motion for Relief from Stay by Movant, Hillside Vista Apartments, LLC in the instant bankruptcy case filed by Debtor, Silfreda Denis.

2. That I am the manager of the premises whose owner is the Creditor/Movant, Hillside Vista Apartments, LLC. In that capacity, I am familiar with the books of account and have examined all ledgers, books, records, documents kept concerning the transaction alleged in the Motion. All of these books, records and documents are kept in the regular course of business and are made at or near the time of the transaction using information transmitted by persons with personal knowledge of the facts. It is the regular practice to make and keep these books, records and documents. The books, records and documents which the Affiant has examined are managed by employees or agents whose sole duty it is to keep the books accurate and complete. Furthermore, Affiant has personal knowledge of the matters contained in the books, records and documents.

3. I have personal knowledge of the facts contained in this Affidavit. Specifically, I have personal knowledge of the facts involving the late payments of rent which are due and owing pursuant to the lease and termination of month to month tenancy which are the subject matter of this decision.

4.    That the Creditor/Movant, Hillside Vista Apartments, LLC wishes the ability to continue with eviction proceedings under County Court Case Number 14-10290 CC23 for the premises located at 387 NE 191 Street #101, Miami, Florida 33179.

7 JAN 15
DEBTOR'S C

EXHIBIT
Debtor's
C

5. That a Final Judgment for possession was signed on September 9, 2014 granting creditor right to possession of the premises.

6. That the lease between the parties expired on May 31, 2014 and was terminated with notice to Debtor, Silfreda Denis, as of June 30, 2014. Debtor presently owes $1,944.00 prepetition rent for July, August and September 2014 rent as a holdover tenant.

7. The lease between the parties is attached to the Motion and is a genuine, authentic and true copy of the original.

8. I read the Affidavit and know from my own knowledge that the allegations contained herein are true, accurate and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Soannys Cuevas, Affiant
Authorized Agent of Creditor/Movant
Hillside Vista Apartments, LLC

Before Me, the undersigned authority, on this 24 day of September 2014, personally appeared Soannys Cuevas, who is [ ] personally known to me or [✓] produced Driver Id as identification and who executed the above and foregoing Affidavit in Support of Motion for Relief from Stay for the purposes therein expressed.

_____
Notary Public, State of Florida

My commission expires:

[Notary Seal: SABRINA LLERA, NOTARY, My Comm. Expires May 1, 2018, No. FF 118723, STATE OF FLORIDA]

Respectfully submitted,
LAW OFFICES OF DREW SHERIDAN, ESQ.
Attorney for Creditor/Movant
Galloway Professional Park
7765 SW 87th Avenue, Suite 102
Miami, Florida 33173
Telephone: (305) 596-3368
Telecopier: (305) 305-596-3355

BY:_____
DREW SHERIDAN, ESQ.
FL BAR NO.

### SERVICE LIST

United States Bankruptcy Court, 51 S.W. 1st Avenue, #1204, Miami, Florida 33130
Silfreda Denis, 387 NE 191 Street #101, Miami, Fl 33179
Jeffrey M. Hearne, Esq., Attorney for Debtor, 3000 Biscayne Blvd Suite #500, Miami, Fl 33137

*Required on every Addendum* 

# ADDENDUM TO THE LEASE AGREEMENT  *Modag*

The United States Department of Housing Development Grant (HDG) Programs requires the verification of income and family status of all lease holder(s) for the low-income units under the HDG Program. This verification must occur at least once every year beginning 60 to 90 days prior to expiration of the lease. This process will determine the continued eligibility of the owner and the tenant to participate in HDG.

## RECERTIFICATION

Upon signing this lease the owner and tenant understand that if the re-examination indicates that the tenant no longer qualifies as a low-income tenant, the owner must take one of the following actions:

1. If the unit occupied by the tenant must be leased to a lower income household to maintain the percentage of lower income units specified in the Grant Agreement, the owner must notify the tenant that they must move when the current lease expires, or six (6) months after the date of the notification, whichever is later or,

2. If the owner can meet the percentage of lower income units, the owner may continue to lease the unit but renegotiate the rent of the expiration of the current lease at a market rate rent amount.

Any increase in rents for lower income units is subject to the provisions of outstanding leases. In any event, the owner will provide tenants of those units not less than 30 days, written notice before implementing any increase in rents.

**THIS IS A BINDING LEGAL DOCUMENT – READ CAREFULLY BEFORE SIGNING**

IN WITNESS WHEREOF, Resident had executed this lease as of the date first written and Manager has executed the same as of the date set out below.

_____  _____     _____  _____
Witness For Manager         Date        Manager                    Date

_____  _____     _____  _____
Resident                    Date        Resident                   Date

_____  _____     _____  _____
Resident                    Date        Witness For Resident       Date

7 JAN 14

DEBTORS EX A

**EXHIBIT**
DEBTORS
A