

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                           Case No.14-30746-BKC-AJC
                                                 Chapter 13
Silfreda Denis

_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff      [ ] Defendant      [ ] Debtor      [x] Other Hillside Vista Apts. LLC

Date of Hearing/Trial: _January 8, 2015_

Type of Hearing/Trial: _Evidentiary Hrg Motion for Stay Relief #23_

SUBMITTED BY: Drew Sheridan PA

7765 SW 87th Avenue Suite 102

Miami, FL 33173

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Lease Agreement | X | | |
| 2 | Nonrenewal Notice | X | | |

Exhibit Register Continuation Page

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|

LF-49 (rev. 12/01/09)                    Page 1 of 2

## NONRENEWAL NOTICE

Date: Apr 1, 2014

To: SILFREDA A. DENIS

_____ and all others in possession

387 NE 191 STREET #101

MIAMI FLORIDA 33179

This letter is to advise you that in accordance with paragraph #8 of your lease agreement, the manager of VISTA PALMS Apartments is giving you official notice that your lease is due to expire. Please be advised that we will not be renewing your lease agreement, nor will you be given the opportunity to remain as a month to month resident. YOU MUST MAKE ALL ARRANGEMENTS TO VACATE THE PREMISES KNOWN AS 387 NE 191 Street #101 Miami FL 33179 ON THE 31st DAY OF MAY , 20 14. If you fail to turn in keys and do not vacate on 5/31/2014 , we shall have no alternative but to advise our attorney's office to proceed in regaining possession of your unit. Please be advised that in accordance with Section 83.58, Florida Statutes, the landlord is entitled to demand double your monthly rent for as long as you remain a holdover resident.

_____
Property Manager

I certify that I served a true and correct copy of the foregoing Notice on the above named tenant(s) this 2ND day of MAY , 20 14 at 2:00    ☐ A.M. ☒ P.M.

XX personally serving same upon said tenant.

XX posting same at the above described premises in the absence of said tenant.

Served by: _____

This instrument prepared by:
Law Offices of Lowenhaupt & Sawyers

7 JAN 2015
Mounts as 2

# Lease Agreement
## Cover Page

DATE: September 19, 2014

VISTA PALMS APARTMENTS RENTALS, hereinafter referred to as "Landlord or Lessor",

LANDLORD'S ADDRESS: 361 NE 191 STREET, MIAMI FL 33179

| Apartment Address: 401 NE 191st Street Miami, FL 33179 | Unit #: 201 3bed/2bath | M/I Date: 09/19/2014 | Initial Lease Term 12 months Beginning: 10/01/2014 Ending: 09/30/2014 | |
|---|---|---|---|---|
| Monthly Rent: $680.00 | Late Fee: $75.00 | Prorated Rent: $272.00 | Administration Fee: N/A | Prepared By: Beatriz Nazario |

TOTAL MONTHLY RENT as indicated above is comprised of the following:
  Base Rent: $680.00  Water/Sewer: N/A;  Garbage: N/A;
  Car Port/Garage Rent: N/A;  Other: _____

| Security Deposit $680.00 | Pet Deposit: $0 Pet Fee: $0 | Location of Security Deposit: City National Bank of Florida |
|---|---|---|

### ADD ANY CONCESSION HERE

Resident agrees that any concession received will be paid back to the Landlord in the event the term of this lease is not fulfilled.

RESIDENTS: hereinafter referred to as "Resident or Lessee,"

| Name | Date of Birth |
|---|---|
| Yamilette Sharyl Frias | 05/21/1985 |

with the following people as occupants:

Victor Javier Alcantara  02/15/1988        Manuel Yadiel Alcantara  08/22/2014

Alex Arroyo Frias  12/09/2004

Lessor has delivered and Lessee has accepted those addenda and/or contracts indicated below:

  _X_  Rules and Regulations              _X_  Bed Bug Addendum
  _X_  Early Termination or Liquidated Damages   ___  Rental Concession Agreement
  _X_  Mold/Mildew Addendum              ___  Other
SPECIAL PROVISIONS:

Resident's Initials                                                             Page 1 of 12

8 JAN 15
MOVANTS EX 1

> d. No electricity may be hooked up to the garage, carport or storage unit and no plants may be grown within the garage, carport or storage unit.
> e. Resident acknowledges that the garage and storage units are not air conditioned and acknowledge that storing personal belongings within there are at his/her own risk.
> f. Resident further understands that the Landlord does not provide security services for Resident or any of Resident's belongings within the garage, carport or storage unit. Landlord will not be liable for any damages, loss or injury to persons or property occurring within or about the garage, carport or storage unit whether caused by Landlord, someone else, weather, fire, rain, wind, flood or any other acts of God.

BY SIGNING THIS RENTAL AGREEMENT, THE TENANT AGREES THAT UPON SURRENDER, ABANDONMENT, OR RECOVERY OF POSSESSION OF THE DWELLING UNIT DUE TO THE DEATH OF THE LAST REMAINING TENANT, AS PROVIDED BY CHAPTER 83, FLORIDA STATUTES, THE LANDLORD SHALL NOT BE LIABLE OR RESPONSIBLE FOR STORAGE OR DISPOSITION OF THE TENANT'S PERSONAL PROPERTY.

IN WITNESS WHEREOF, the parties have executed these the day and year first above written. Resident's signature indicates they have read the entire agreement including the terms and conditions set forth above.

Residents: _____    Authorized Agent for Landlord: _____

Resident's Initials

Page 12 of 12